IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-00061 |
| NAYEB HOLDING, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY CAIRNS, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, NAYEB HOLDING, INC.

Plaintiff and Defendant, NAYEB HOLDING, INC., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 31ST day March, 2023.

                                                          Law Offices of
                                                         THE SCHAPIRO LAW GROUP, P.L.

                                                         /s/ Douglas S. Schapiro
                                                         Douglas S. Schapiro, Esq.
                                                         State Bar No. 54538FL
                                                         The Schapiro Law Group, P.L
                                                         7301-A W. Palmetto Park Rd., #100A
                                                         Boca Raton, FL 33433
                                                         Tel: (561) 807-7388
                                                         Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 31ST day of March, 2023.

                                                         /s/ Douglas S. Schapiro
                                                         Douglas S. Schapiro, Esq.
                                                         State Bar No. 54538FL