# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ANTHONY CAIRNS § | |
| § | |
| v. § | CIVIL ACTION NO.  4:23CV61 |
| § | JUDGE MAZZANT |
| NAYEB HOLDING, INC § | |

### ORDER ON CLOSING DOCUMENTS

The Court has been advised by Plaintiff, through counsel, that all claims in the above-styled civil action have been settled.

Therefore, it is ORDERED that, on or before *May 5, 2023,* all parties shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court**.**  If such papers are not received by the court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay.  Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS SO ORDERED**.
SIGNED this 5th day of April, 2023.

*[signature]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE